# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JASON WARD**                                                                                    **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:17CV331-LG-RHW**

**AETNA LIFE INSURANCE COMPANY**                                              **DEFENDANT**

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

**BEFORE THE COURT** is the [11] Joint Motion to File the ERISA Administrative Record Under Seal filed by the defendant Aetna Life Insurance Company and the plaintiff Jason Ward. The parties ask the Court for permission to file the administrative record under seal because it contains over one thousand eight hundred pages of medical records and contains the plaintiff's personal identifiers, including his social security number, date of birth, and financial account information. Having reviewed the Motion, the record in this matter, and the applicable law, the Court finds as follows:

    1. The parties' interest in maintaining the confidential nature of the plaintiff's medical records and personal identifiers outweighs the public's right to access to pleadings filed before this Court.

    2. This Order permitting the parties to file the administrative record under seal is narrowly tailored to preserve the confidential nature of the plaintiff's medical records.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [11] Joint Motion to File the ERISA Administrative Record Under Seal filed by the defendant

Aetna Life Insurance Company and the plaintiff Jason Ward is **GRANTED**. The parties shall provide the administrative record and a notice of conventional filing to the Clerk of Court, who shall file the record under seal.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge