**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JASON WARD**                                                                                 **PLAINTIFF**

v.                                                **CAUSE NO. 1:17CV331-LG-RHW**

**AETNA LIFE INSURANCE
COMPANY**                                                          **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Aetna Life Insurance Company is entitled to summary judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Jason Ward's claims against Aetna Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2018.

                                                                                      *s/ Louis Guirola, Jr.*
                                                                                      LOUIS GUIROLA, JR.
                                                                                      UNITED STATES DISTRICT JUDGE